# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 76634-1-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | UNPUBLISHED OPINION |
| JOSE JUAN NUNEZ NUNEZ, | ) | |
| | ) | |
| Appellant. | ) | FILED: March 12, 2018 |

2018 MAR 12 AM 9:33

COURT OF APPEALS DIV I
STATE OF WASHINGTON
FILED

PER CURIAM — Jose Nunez Nunez appeals the financial obligations imposed following his convictions for driving under the influence (DUI) and attempting to elude a police officer. He contends the court imposed discretionary DUI-related fines/fees and a crime lab fee "based on the misapprehension that they were mandatory." Br. of Appellant at 6. He seeks a remand for the court to exercise its discretion. The State concedes that the challenged financial obligations were not mandatory and points out that the trial court twice "indicated that [its] intent was to impose only 'mandatory' legal financial obligations." Br. of Resp't at 4. The State concludes that the proper remedy is to simply vacate the challenged financial obligations. We accept the State's concession and remand for the court to strike the $100 crime lab fee and the $750 in DUI-related fines/fees.

Nunez Nunez's Statement of Additional Grounds (SAG) consists largely of a series of quotations from the record. We need not consider a SAG that "does

not inform the court of the nature and occurrence of alleged errors." RAP 10.10(c).

Remanded for amendment of the judgment and sentence.

For the Court:

_Cox, J._

_Schindler, J_

_Spearman, J._